CHARLES E. LEVY, Appellant, *v.* WILLIAM O. ALLISON et al., Respondents, Impleaded with Others.

(Submitted May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December, 1915, affirming a judgment in favor of defendants entered upon a decision of the court at a Trial Term without a jury in an action to set aside an agreement on the ground of false representations.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous; that no questions of law were presented; that the exceptions were frivolous and the appeal taken only for purposes of delay.

*Edward H. Green* for motion.

*Henry B. Twombly* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.